United States District Court
Southern District of Texas
**ENTERED**
September 06, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| W.T. BELL INTERNATIONAL, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | |
| | § | |
| RICHARD W. BRADLEY, *et al.* | § | CIVIL ACTION NO. H-16-1192 |
| | § | |
| Defendants, | § | |
| | § | |
| VS. | § | |
| | § | |
| WILLIAM T. BELL, *et al.* | § | |
| | § | |
| Third-Party Defendants. | § | |

## ORDER

In accordance with this court's Memorandum and Opinion of today's date, the plaintiff's proposed amended complaint is entered, and this action is remanded to the 278th Judicial District Court of Walker County, Texas.

SIGNED on September 6, 2016, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge